# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KANSAS, STATE OF, *ex rel.*<br>DEPARTMENT OF AGRICULTURE<br><br>Plaintiff,<br><br>v.<br><br>UNLEASHED PET RESCUE<br>& ADOPTION, INC. *et al.*,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case. No. 24-CV-02152-JAR-TJJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CLERK'S FOURTEEN-DAY EXTENSION

Pursuant to Local Rule 77.2, Plaintiff State of Kansas *ex rel.* Department of Agriculture should be and hereby is granted fourteen (14) additional days in which to answer or otherwise respond to the removed Defendant's purported state claim portion of its Petition for Judicial Review, if any, filed herein.  This is the first request for an extension by Plaintiff.  Plaintiff's answer or other responsive pleading is originally due May 8, 2024.  The time to answer has not expired.  Defendant's answer or other responsive pleading to Defendant's purported state claim portion of its Petition for Judicial Review is now due on or before May 22, 2024.

Dated this 8<u>th</u> day of May, 2024.

Clerk of the United States District Court
for the District of Kansas

By: s/ J. Kendall
　　　Deputy Clerk

1

PREPARED BY:

KRIS W. KOBACH
ATTORNEY GENERAL

/s/*Shon D. Qualseth*
Shon D. Qualseth, KS Sup. Ct. No. 18369
First Assistant Attorney General/Senior Trial Counsel
Memorial Bldg., 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Tel: (785) 368-8424
Fax: (785) 291-3767
Email:  shon.qualseth@ag.ks.gov
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May, 2024, I electronically filed the foregoing with the Court using the CM/ECF system, which sent a notice of electronic filing to all counsel of record.

s/*Shon D. Qualseth*
Shon D. Qualseth

2