**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **KANSAS, STATE OF,** *ex rel.* ) | |
| **DEPARTMENT OF AGRICULTURE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | Case No. 24-CV-02152-JAR-TJJ |
| ) | |
| **UNLEASHED PET RESCUE** ) | |
| **& ADOPTION, INC.,** ) | |
| ) | |
| **Defendant/Third-Party** ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **STATE OF KANSAS** *ex rel.* ) | |
| **JUSTIN SMITH, DVM, ANIMAL** ) | |
| **HEALTH COMMISSIONER,** *et al.,* ) | |
| **Third-Party Defendants.** ) | |
| ) | |

**THIRD-PARTY DEFENDANTS' RESPONSE TO THIRD-PARTY PLAINTIFF
UNLEASHED'S MOTION TO REMAND**

Third-Party Defendants State of Kansas *ex rel.* Justin Smith, DVM, Kansas

Department of Agriculture, Division of Animal Health, Dr. Justin Smith, Animal Health

Commissioner, Dr. Sasha S. Thomason, DVM, Animal Facilities Inspection Program

Director, Nichole Constanzo, Animal Facilities Inspection Program Counsel, Savannah

Brethauer, Animal Facilities Inspection Program Investigator, Benjamin C. Lancaster,

Commissioner's Authorized Representative Inspector, Sara J. Wasee, Commissioner's

Authorized Representative Inspector, and Christopher A. Demel, Commissioner's

Authorized Representative Inspector ("the State Defendants") provide the following response to Third-Party Plaintiff Unleashed Pet Rescue and Adoption, Inc.'s Motion to Remand to State Court (Doc. 12).  Although the State Defendants dispute many of the factual allegations contained in the Motion to Remand, the State Defendants do not oppose Third-Party Plaintiff's Motion to Remand to the Tenth Judicial District of Kansas.

Respectfully submitted,

KRIS W. KOBACH
Attorney General of Kansas

/s/*Shon D. Qualseth*
Shon D. Qualseth, KS Sup. Ct. No. 18369
First Asst. Attorney General/Sr. Trial Counsel
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Tel: (785) 368-8424
Fax: (785) 291-3767
Email:  shon.qualseth@ag.ks.gov
*Attorney for Third-Party Defendants State of Kansas, Smith, Thomason, Costanzo, Brethauer, Lancaster, Wasee, and Demel*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2024, I electronically filed the foregoing with the Court using the CM/ECF system, which sent a notice of electronic filing to all counsel of record.

s/*Shon D. Qualseth*
Shon D. Qualseth

2